Anthony C. **KENNEY**, Appellant,

v.

**AFCO STEEL, INC.;** Joe Brown, Director, Appellees.

No. 02–1893.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 7, 2002.

Filed Aug. 22, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Anthony Kenney appeals from the district court's[1] adverse judgment in his race-discrimination suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* Having carefully reviewed the record, we affirm for the reasons stat-

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

ed by the district court. *See* 8th Cir. R. 47B.

